No. 88–230. SAVINGS LEAGUE OF WISCONSIN, LTD., ET AL. *v.* WISCONSIN DEPARTMENT OF REVENUE ET AL. Appeal from Ct. App. Wis. dismissed for want of substantial federal question.

No. 87–7100. LARSON *v.* SHAWANO COUNTY ET AL. Appeal from C. A. 7th Cir. Motion of appellant for sanctions denied. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–7198. SCOTT *v.* RAINS ET AL. Appeal from Sup. Ct. Tex. dismissed for want of properly presented federal question.

No. 87–1898. BRYANT *v.* CARLUCCI, SECRETARY OF DEFENSE, ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Webster* v. *Doe,* 486 U. S. 592 (1988).

No. 87–1933. GOLGART ET AL. *v.* CENTRAL PLASTICS CO. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Budinich* v. *Becton Dickinson & Co.,* 486 U. S. 196 (1988), and *Buchanan* v. *Stanships, Inc.,* 485 U. S. 265 (1988).

No. 87–2011. WASHINGTON STATE ELECTRICAL CONTRACTORS ASSN., INC., ET AL. *v.* FORREST ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Patrick* v. *Burget,* 486 U. S. 94 (1988). JUSTICE KENNEDY took no part in the consideration or decision of this case.

No. 87–2079. SHIRK ET UX., DBA OREGON MEAT CUTTING SCHOOL *v.* MCLAUGHLIN, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McLaughlin* v. *Richland Shoe Co.,* 486 U. S. 128 (1988).

No. 87–6717. JOHNSON *v.* JOHNSON, WARDEN, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Houston* v. *Lack,* 487 U. S. 266 (1988).